```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 22051
    CHARLES EDWARDS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1531

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/09/2004 and was confirmed 09/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED             12400.00      1773.46       12400.00
CITIMORTGAGE              MORTGAGE ARRE        3600.00          .00        3600.00
CITIMORTGAGE              CURRENT MORTG            .00          .00             .00
NICOR GAS                 UNSECURED             565.10          .00         565.10
S&C ELECTRIC CREDIT UNIO  UNSECURED            1770.33          .00        1770.33
WELLS FARGO AUTO FINANCE  UNSECURED           14309.53          .00       14309.53
ARONSON FURNITURE         SECURED NOT I         425.00          .00             .00
STEFANS STEFANS & STEFAN  REIMBURSEMENT         154.00          .00         154.00
ARONSON FURNITURE         UNSECURED              10.85          .00          10.85
STEFANS STEFANS & STEFAN  DEBTOR ATTY          2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                          2,238.05
DEBTOR REFUND             REFUND                                           1,308.68

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 40,330.00

PRIORITY                                         154.00
SECURED                                       16,000.00
    INTEREST                                   1,773.46
UNSECURED                                     16,655.81
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           2,238.05
DEBTOR REFUND                                  1,308.68
                       ---------------    ---------------
TOTALS                  40,330.00             40,330.00




             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22051 CHARLES EDWARDS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/22/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```